# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

ANTON McCULLOUGH, : CIVIL ACTION NO. 3:18-1104

    Plaintiff : (JUDGE MANNION)

v :

Warden KEVIN DePARLOS, et al., :

    Defendants :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion for summary judgment (Doc. 23) is **GRANTED**. Judgment is hereby entered in favor of all Defendants and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

        s/ *Malachy E. Mannion*
        **MALACHY E. MANNION**
        **United States District Judge**

**Dated: March 26, 2019**